585 A.2d 338

MARK KANNRY v. ENID KANNRY.

July 10, 1990.

Petition for certification denied.

585 A.2d 338

DANIEL J. SAUL v. MIDLANTIC NATIONAL BANK/SOUTH.

July 10, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 62, 572 *A.*2d 650)

585 A.2d 339

BRIAN W. SPRAGUE v. NIAGARA FIRE
INSURANCE COMPANY.

July 10, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 197, 570 *A.*2d 1280)

585 A.2d 339

RICHARD D. RICCIARDELLI v. JORGE BASCARA, M.D. AND
MERCER MEDICAL CENTER, ET AL.

July 10, 1990.

Petition for certification denied.